March 26, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

RUSSELL SELF, Appellant

NO. 14-15-00187-CV                 V.

HALLIBURTON ENERGY SERVICES, INC., Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the order signed by the court below on February 10, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Russell Self.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.